No. ——. CUTTING *v.* UNITED STATES TREASURY DEPARTMENT ET AL.; and

No. ——. CUTTING *v.* UNITED STATES ET AL. Appeals from the United States District Court for the District of Colorado. The motions to dismiss are granted and the appeals are dismissed under Rule 14 (2) of the Rules of this Court. Appellant *pro se. Solicitor General Rankin* for the United States et al., appellees.

No. 778. UPHAUS *v.* WYMAN, ATTORNEY GENERAL OF NEW HAMPSHIRE. Appeal from the Supreme Court of New Hampshire. Probable jurisdiction noted. *Royal W. France* and *Leonard B. Boudin* for appellant. *Louis C. Wyman,* Attorney General of New Hampshire, for appellee.

No. 356. BROWN *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *J. Bertram Wegman* for petitioner. *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, *Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 833. TERRITORY OF ALASKA *v.* AMERICAN CAN Co. ET AL. C. A. 9th Cir. Certiorari granted. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *J. Gerald Williams,* Attorney General of Alaska, and *David J. Pree,* Assistant Attorney General, for petitioner. *W. C. Arnold, H. L. Faulkner* and *R. E. Robertson* for respondents.